IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVIN ROBINSON, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-CV-4918 |
| | : | |
| STATE OF PENNSYLVANIA | : | |
| DBN#933882784, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW,** this 4th day of January, 2024, upon consideration of Plaintiff Devin Robinson's Motion to Proceed *In Forma Pauperis* (Doc. No. 1), and *pro se* Complaint (Doc. No. 2), it is **ORDERED** as follows:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons discussed in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

                                                /s/ *Karen Spencer Marston*
                                              **KAREN SPENCER MARSTON, J.**